UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE KNOX,<br><br>    Plaintiff,<br><br>    v.<br><br>R. DIAZ, et al.,<br><br>    Defendants. | No. 2:19-cv-0659 MCE CKD P<br><br><br>ORDER |

On June 24, 2019, plaintiff filed a document the court construes as a request for reconsideration of the magistrate judge's order filed June 6, 2019 dismissing plaintiff's complaint with leave to amend. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

/////
/////
/////
/////
/////
/////

1

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed June 6, 2019, is affirmed and plaintiff is granted 21 days within which to file an amended complaint.

IT IS SO ORDERED.

Dated: August 6, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE