UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE KNOX,<br><br>    Plaintiff,<br><br>    v.<br><br>R. DIAZ, et al.,<br><br>    Defendants. | No. 2:19-cv-0659 MCE CKD P<br><br>FINDINGS AND RECOMMENDATIONS |

      On August 6, 2019, the district court judge assigned to this case affirmed this court's dismissal of plaintiff's complaint with leave to amend and granted plaintiff 21 days within which to file an amended complaint. Plaintiff has not filed an amended complaint.

      Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time

/////

/////

1

waives the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 10, 2019

                                        /s/ Carolyn K. Delaney
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE

1
knox0659.fta